IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MALIK ELAWAD,              )<br>                                                      )<br>       Petitioner,                     )<br>                                                      )<br>v.                                               )<br>                                                      )<br>JOHN T. RATHMAN,         )<br>                                                      )<br>       Respondent.                  ) | CIVIL ACTION NO. 3:12cv813-TMH<br>(WO) |

**O R D E R**

On October 4, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 3). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and that this case be and is hereby TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 1404.

Done this the 2nd day of November 2012.

　　　　　　　　　　　　　　　　  /s/ Truman M. Hobbs
　　　　　　　　　　　　　　　　TRUMAN M. HOBBS
　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE